IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PETER STROJNIK,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-CV-01369-G-BH |
| **HRI LODGING, INC. dba HILTON GARDEN INN,** | § § § § | |
| Defendant. | § | |

### JOINT NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND ALL DEADLINES AND HEARINGS

Plaintiff Peter Strojnik and Defendant HRI Lodging, LLC (incorrectly named as "HRI Lodging, Inc., d/b/a Hilton Garden Inn") respectfully show the Court as follows:

1. Plaintiff and Defendant have reached an agreement to resolve all of Plaintiff's claims against Defendant by way of settlement. The parties are in the process of finalizing the settlement in a written agreement and release.

2. The parties hereby notify the Court of the pending settlement agreement and or their anticipation of a stipulation of dismissal of this action once the settlement is finalized pursuant to Fed. R. Civ. P. 41(a). The parties expect to have performed all such obligations within thirty (30) calendar days from the date of this notice.

3. Accordingly, the parties respectfully request this Court suspend all pending deadlines and hearings moving forward.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH
     SMOAK & STEWART, P.C.**

| | |
|---|---|
| /s/ *Andrew P. Burnside* | |
| Andrew P. Burnside | Peter Strojnik, *pro se* |
| TX State Bar No. 24061200 | 7847 N. Central Avenue |
| drew.burnside@ogletree.com | Phoenix, AZ 85020 |
| One Shell Square | ps@strojnik.com |
| 701 Poydras St., Suite 3500 | |
| New Orleans, LA 70139 | |
| Telephone: (504) 648-3840 | |
| Facsimile: (504) 648-3859 | |

Collin K. Brodrick
TX State Bar No. 24087212
collin.brodrick@ogletree.com
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 692-0168
Facsimile: (214) 987-3927

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, I electronically transmitted the foregoing document by email via the ECF filing system and served a copy of the foregoing document and a Notice of Electronic Filing to Plaintiff *Pro Se* via first-class mail at the following:

Peter Strojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

                              /s/ *Collin K. Brodrick*
                              Collin K. Brodrick

43242857.1