IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PETER STROJNIK,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-CV-01369-G-BH |
| **HRI LODGING, INC. dba HILTON GARDEN INN,** | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Peter Strojnik and Defendant HRI Lodging, LLC (incorrectly named as "HRI Lodging, Inc., d/b/a Hilton Garden Inn") hereby stipulate to dismiss this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2)(A)(ii), with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH
     SMOAK & STEWART, P.C.**

/s/ *Andrew P. Burnside*
Andrew P. Burnside
TX State Bar No. 24061200
drew.burnside@ogletree.com
One Shell Square
701 Poydras St., Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859

-and-

Collin K. Brodrick
TX State Bar No. 24087212
collin.brodrick@ogletree.com
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 692-0168
Facsimile: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

Peter Strojnik, *pro se*
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2020, I electronically transmitted the foregoing document by email via the ECF filing system and served a copy of the foregoing document and a Notice of Electronic Filing to Plaintiff *Pro Se* via first-class mail at the following:

  Peter Strojnik
  7847 N. Central Avenue
  Phoenix, AZ 85020
  ps@strojnik.com

/s/ *Collin K. Brodrick*
Collin K. Brodrick

43132999.1